DANA M. SILVA (BAR NO. 271920)
dana.silva@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Defendant
JOHNS HOPKINS UNIVERSITY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUCIA BELTRE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNS HOPKINS UNIVERSITY, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07113-E<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA<br><br>Action Filed: June 20, 2025<br>Action Removed: August 1, 2025<br>Trial Date: None Set |

[~~PROPOSED~~] **ORDER**

The Court, having read and considered the Parties' Joint Stipulation to Remand Matter to the Superior Court, and good cause appearing therefor, hereby orders as follows:

1. This Action *is* ~~be~~ remanded back to the Superior Court of California, County of Los Angeles; and

2. All future dates and deadlines in this Action *are* ~~be~~ hereby vacated.

**IT IS SO ORDERED.**

DATED: 8/5/25

_____
Charles F. Eick
United States ~~District Court Judge~~ Magistrate Judge